PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH M. HARPER, | ) |
| | ) CASE NO. 1:20-CV-1304 |
| Plaintiff, | ) |
| | ) |
| v. | ) JUDGE BENITA Y. PEARSON |
| | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY, | ) **MEMORANDUM OF OPINION AND** |
| | ) **ORDER** |
| Defendant. | ) |

An Administrative Law Judge ("ALJ") denied Plaintiff Elizabeth M. Harper's application for disability insurance benefits ("DIB"), disabled widow's benefits ("DWB"), and supplemental security income ("SSI") after a hearing in the above-captioned case. That decision became the final determination of the Commissioner of Social Security when the Appeals Council denied the request to review the ALJ's decision. The claimant sought judicial review of the Commissioner's decision. On May 25, 2021, the magistrate judge submitted a Report & Recommendation (ECF No. 19) recommending that the Court vacate the Commissioner's decision, and remand to the agency for further proceedings.

Fed. R. Civ. P. 72(b)(2) provides that objections to a report and recommendation must be filed within 14 days after service. Objections to the magistrate judge's Report were, therefore, due on June 8, 2021. Neither party has filed objections, evidencing satisfaction with the magistrate judge's recommendations. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir.

(1:20-CV-1304)

1984), *aff'd*, 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human Services*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

      Accordingly, the Report & Recommendation of the magistrate judge is hereby adopted. The decision of the Commissioner of Social Security is vacated, and Harper's case is remanded for further consideration.

      IT IS SO ORDERED.

|    June 10, 2021    |   */s/ Benita Y. Pearson*   |
|---|---|
| Date | Benita Y. Pearson<br>United States District Judge |